**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GARY MAYS,**

      **Plaintiff,**

-vs-              Case No. 6:08-cv-262-Orl-28KRS

**TOASTY FOOD CORPORATION, YI JEONG,**

      **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT (Doc. No. 9)**
>
> **FILED:**   **April 9, 2008**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED** in part.

    This case was brought under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq*. In *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." *Id*. at 1353.

The parties have filed a copy of the settlement agreement. Doc. No. 9-2. In the parties' Joint Motion for Approval of Settlement Agreement, the parties represent that under the settlement agreement, Plaintiff Gary Mays will receive compensation "for all of the unpaid overtime . . . to which he claims entitlement." Doc. No. 9 ¶ 2. When, as here, a case is resolved by payment of the full amount of wages allegedly due under the FLSA, the proposed settlement is necessarily fair.

Accordingly, I respectfully recommend as follows:

1. The Court find that the amount received by Mays is a fair and reasonable resolution of a bona fide dispute over FLSA provisions;

2. The Court dismiss the case with prejudice without reserving jurisdiction to enforce the settlement agreement; and,

3. The Court direct the Clerk to close the file after an order of dismissal is entered.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 16, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy