UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARY MAYS,

Plaintiff,

-vs-                                                                   Case No. 6:08-cv-262-Orl-28KRS

TOASTY FOOD CORPORATION, YI
JEONG,

Defendants.

_____

# ORDER

This case is before the Court on Joint Motion for Approval of Settlement Agreement (Doc. No. 9) filed April 9, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 16, 2008 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement (Doc. No. 9) is **GRANTED in part.** The Court finds that the amount received by Plaintiff is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

3.      This case is dismissed with prejudice without reserving jurisdiction to enforce the settlement agreement.

4.      The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of May, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party